UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Samuel Ware

(Name of the plaintiff or plaintiffs)

v.

City of Chicago

(Name of the defendant or defendants)

CIVIL ACTION

10cv4821
JUDGE SHADUR
MAG. JUDGE FINNEGAN

RECEIVED
JUL 30 2010
7-30-10
MICHAEL W. DOBBINS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Samuel Ware__ of the county of __Cook__ in the state of __IL__.
3. The defendant is __City of Chicago__, whose street address is __1411 W. Madison__
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP) __60607__
(Defendant's telephone number) (___)-_____

4. The plaintiff sought employment or was employed by the defendant at (street address) __1411 W. Madison St__ (city) __Chicago__
(county) __Cook__ (state) __IL__ (ZIP code) __60607__

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☒ was hired and is still employed by the defendant.
   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) __January__, (day) __20__, (year) __2009__.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff *[check one box]*

☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about (month) _____ (day) _____ (year) _____ .

(ii) ☒ the Illinois Department of Human Rights, on or about (month) __June__ (day) _16_ (year) _2009_ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month) _____ (day) _____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month) _____ (day) _____ (year) _____ .

c. Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    Caused to become disabled Caused mental and emotional distress, which has led Plaintiff to not be able to work for defendant

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☐ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☒ Direct the defendant to (specify): loss of Pay, about 30,000 and Medical bills plus loss of ability to work

    (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
    (h) ☒ Grant such other relief as the Court may find appropriate.

_____
Plaintiff's signature

Samuel Ware
Plaintiff's name

Plaintiff's street address  2801 S. King Dr Apt # 1018
Chicago

City Chicago   State IL   ZIP 60616

Plaintiff's telephone number 312-225-5853

Date: _____